UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

D'ANDRE PEACOCK,

    Plaintiff,

v.                                                                         Case No: 8:15-cv-378-T-36JSS

CCMC F&B, LLC,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on March 29, 2016 (Doc. 55). In the Report and Recommendation, Magistrate Judge Sneed recommends: (1) Plaintiff's Motion Requesting Status Conference and to Re-Open Case and For Sanctions (Dkt. 51) be GRANTED; (2) The Clerk be directed to reopen the case; (3) Sanctions in the amount of $1,000 be assessed against CCMC's counsel, Mercedes Hale, Esq.; and (4) CCMC be directed to SHOW CAUSE in writing why the Court should not strike CCMC's Answer and Affirmative Defenses. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)     The Report and Recommendation of the Magistrate Judge (Doc. 55) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)   Plaintiff's Motion Requesting Status Conference and to Re-Open Case and For Sanctions (Doc. 51) is GRANTED.

(3)   The Clerk is directed to reopen the case.

(4)   Sanctions in the amount of $1,000 are hereby assessed against CCMC's counsel, Mercedes Hale, Esq.  Ms. Hale is directed to pay the sanctions to Plaintiff and his counsel on or before May 31, 2016.  Ms. Hale is directed to confirm the payment by filing a notice of payment with the Court.  If payment is not made by May 31, 2016, Plaintiff shall be entitled to a judgment, upon which execution shall issue.

(5)   An Order To Show Cause will issue by separate order of the Court.

**DONE AND ORDERED** at Tampa, Florida on April 25, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record

2